

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2024

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Agyei Tabi*, 05 Cr. 471 (JGLC)

Dear Judge Clarke:

    The parties write respectfully to request that the Court schedule an initial conference in the above-referenced violation of supervised release, which has been re-assigned to Your Honor. The parties have been engaged in discussions regarding a potential resolution of the violation and jointly request that a status conference be scheduled in approximately 30 days, pending the Court's availability, to permit the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

Application GRANTED. It is hereby ORDERED that the parties appear for an initial conference with the Court on **February 9, 2024** at **11:00 a.m.** in Courtroom 20C at 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the joint letter motion at ECF No. 54.

        Sincerely,

        DAMIAN WILLIAMS
        United States Attorney

By: _____
    Ryan T. Nees
    Assistant United States Attorney
    Southern District of New York
    ryan.nees@usdoj.gov
    212-637-1595

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 2, 2024
       New York, New York

cc:    Edward Sapone, Esq. (by ECF)