UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -against-                        :           **ORDER**
                                         :
    AGYEI TABI                           :        05cn 471 (JGLC)
                                         :           Docket #
                                         :
----------------------------------------x


__JAMES L. COTT__, ~~DISTRICT~~ MAGISTRATE JUDGE:
  Judge's Name

The ~~U.S.~~ A. attorney assigned to this case

__ARIEL WERNER__ is hereby ordered substituted
  Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __EDWARD SAPONE__, NUNC-PRO-TUNC

  Attorney's Name

                        SO ORDERED.

                        _____
                        UNITED STATES ~~DISTRICT~~ JUDGE
                                      MAGISTRATE

                                1/2/24

Dated:   New York, New York