

## SAPONE & PETRILLO, LLP

| **MANHATTAN** | **LONG ISLAND** |
|---|---|
| 40 Fulton Street, 17th Floor | 1103 Stewart Avenue |
| New York, NY 10038 | Garden City, NY 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |

Thursday, February 8, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** United States v. Agyei Tabi, 05 Cr. 471 (JGLC)

Dear Judge Clarke:

    I am counsel to Defendant Agyei Tabi. We have a status conference scheduled for tomorrow at 11:00 a.m., and write to respectfully request an adjournment to February 26th anytime from 12:30 p.m. and later. The government, by AUSA Ryan Nees, consents to this request. We are negotiating a potential resolution as I continue to counsel Mr. Tabi to inform him of the applicable law, procedure and strategy.

    Your Honor's consideration is very much appreciated.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone (ES-2553)

cc:
AUSA Ryan T. Nees (via ECF)

Application GRANTED. The status conference scheduled for February 9, 2024 is ADJOURNED to February 26, 2024 at 2:30 p.m. in Courtroom 20C, 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate the letter motion at ECF No. 59.

Dated: February 8, 2024
    New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge